

FILED
2017 Jul-07 PM 04:19
U.S. DISTRICT COURT
N.D. OF ALABAMA

FILED
2017 JUL -7 A 11:11
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA

Charles Smith
*Plaintiff*
*(Write your full name. No more than one plaintiff may be named in a complaint.)*

-v-

Carl Sanders, Correctional officer
Cheryl Fikes, Correctional officer
William Patrick, Correctional officer
Steven Harrison, Correctional officer
Michael Evans, Correctional officer

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all of the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here. Your complaint may be brought in this court only if one or more of the named defendants is located within this district.)*

Case No. ____________
*(to be filled in by the Clerk's Office)*

2:17-cv-01142-VEH-JHE

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

Defendant[s]

Carl Sanders and Cheryl Fikes was Transferred to Another Prison, Plaintiff Smith Do Not Have Their Known Address

Federal Rules of Civil Pro[...] public access to electronic court files. Und[...] al's full social security number or full bir[...] financial account number. A filing r[...] ear of an individual's birth; a minor'[...]

Except as noted in this for[...] tements, or any other materials to the Clerk[...]

In order for your complain[...] Application to Proceed *In Forma Pauperi*[...]

Mail the original complain[...] *Pauperis* to the Clerk of the United States [...] L. Black U.S. Courthouse, 1729 5th Aven[...], Birmingham, Alabama 35203-2195.

## I. The Parties to this Complaint

### A. The Plaintiff

Provide the information below for the plaintiff named in the complaint.

Name: CHarles Smith

All other names by which you have been known: Fredrick Sam Gallo, Michael william

ID Number: 152740

Current Institution: William E Donaldson

Address: 100 Warrior Lane

Bessemer (City) Alabama (State) 35023 (Zip Code)

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name: Carl Sanders

Job or Title *(if known)*: Sargent

Shield Number: N/A

Employer: William E Donaldson

Address: 100 Warrior Lane

Bessemer (City) Alabama (State) 35023 (Zip Code)

☑ Individual Capacity ☐ Official Capacity

Defendant No. 2

Name: CHeryl Fikes

Job or Title *(if known)*: Sargent

Shield Number: N/A

Employer: William E Donaldson

Address: 100 Warrior Lane

Bessemer (City) Alabama (State) 35023 (Zip Code)

☑ Individual Capacity ☐ Official Capacity

Defendant No. 3

Name: Steven Harrison

Job or Title *(if known)*: Correctional Officer

Shield Number: N/A

Employer: William E Donaldson

Address: 100 Warrior Lane

Bessemer (City) Alabama (State) 35023 (Zip Code)

☑ Individual Capacity ☐ Official Capacity

Defendant No. 4

Name: William Patrick

Job or Title *(if known)*: Correctional Officer

Shield Number: N/A

Employer: William E Donaldson

Address: 100 Warrior Lane

Bessemer (City) Alabama (State) 35023 (Zip Code)

☑ Individual Capacity ☐ Official Capacity

SEE Attach Defendant

**II. Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal law]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics,* 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities, secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Cruel And unusual punishment under the Eighth Amendment to the United State Constitution

Defendant No. 5

NAME Michael Evans

Job or Title (If Known) Correctional officer

Shield Number N/A

Employer William E Donaldson

Address 100 Warrior Lane

Bessemer Ala 35023
City State Zip Code

☒ Individual Capacity ☐ official Capacity

C. Plaintiffs suing under *Bivens* may only recover for violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

N/A

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

SEE Attach Legal Claim

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- ☐ Pretrial Detainee
- ☐ Civilly committed detainee
- ☐ Immigration detainee
- ☒ Convicted and sentenced state prisoner
- ☐ Convicted and sentenced federal prisoner
- ☐ Other *(explain)* ______

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

N/A

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

SEE Attach Statement of Claim

C. What date and approximate time did the events giving rise to your claim(s) occur?

August 15, 2015 At Approximately 6:30 p.m SEE Attach Statement of Claim

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

SEE Attach Statement of Claim

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries in detail.

A Large Hole WAS In the Center of my Left ear Drum It heal. But plaintiff Smith loss Some Hearing in His Left ear.

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Wherefore plaintiff Smith Respectfully prays that this Court Enter Judgment granting plaintiff Smith:

Compensatory Damages In the Amount of 50,000 Against each defendant.

punitive Damages In the Amount of 50,000 Against Each defendant.

A Jury Trial on All Issues Triable By Jury.

plaintiff Smith Cost In this Suit.

Any Additional Relief this Court deems Just proper And Equitable. **Explain Reason:** plaintiff Smith Seek these Damages Cause plaintiff Smith estimate Future Expense, He would pay for Medical, Doctor's Fee for the Rest of His Life. AND the Fact that plaintiff Smith Injury is permanEnted; is worth the Relief that the plaintiff Asking the Court To Award Him.


**VII. Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

William E Donaldson Correctional facility

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☐ Yes

☑ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☑ No

☐ Do not know

If yes, which claim(s)?

N/A

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☐ Yes

☑ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☑ No

E. If you did file a grievance:

1. Where did you file the grievance?

N/A

2. What did you claim in your grievance?

N/A

3. What was the result, if any?

N/A

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

William E Donaldson Does NoT Have A grievance procedure

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

William E Donaldson Don't have A grievance procedure

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

Lines 13 & 14 → SEE Attach statement of Claim

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

N/A

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had any cases dismissed based on grounds that it was frivolous, malicious, or failed to state a claim upon which relief may be granted?

☐ Yes

☑ No

If yes, state which court dismissed your case(s), when this occurred, and attach a copy of the order(s) if possible.

N/A

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☑ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s) N/A

   Defendant(s) ______________________

2. Court *(if federal court, name the district; if state court, name the county and State)*

   N/A

3. Docket or index number

   N/A

4. Name of Judge assigned to your case

   N/A

5. Approximate date of filing lawsuit

   N/A

6. Is the case still pending?

   ☐ Yes

   ☑ No

If no, give the approximate date of disposition. N/A

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?*

   N/A

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.**

Printed Name of Plaintiff: CHaRLES Smith

Prison Identification #: 152740

Prison Address: 100 WaRRioR LAnE

BESSEMER, ALABAMA 35023

*City* *State* *Zip Code*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 7/5/2017 (Date)

Charles Smith #152740

Signature of Plaintiff

Sworn and subscribed before me this 5th day of July, 2017

[signature]

MY COMMISSION EXPIRES DECEMBER 8, 2020

"Statement of Claim"

At All Times Relevant To this Case, plaintiff Charles Smith is the Victim of this Incident

(1) on August 15, 2015 At Approximately 6:30 p.M William E Donaldson Correctional facility WAS on lock-Down for Some Sercurity Reason. Since plaintiff Smith Dorm had NOT eatting Dinner yet. It was Around 6:45 p.M. when plaintiff Smith Dorm went to eat.

(2) when the officers who WAS working the Dorm start Feeding Smith Dorm. they Did It Tier By Tier. when Smith went out to eat with his tier which was 1 Thru 12. Smith Had to stop At pill Call first. to get His mental Health Medicine.

(3) By the Time Smith got to the Dinner Hall To get His Tray. His Tier was leaving going Back to the Dorm.

(4.) At this Time Smith And the Three Inmate who was the last ones to leave pill Call, got their Trays, As soon As Smith start eating His food.

(5) Defendant Fikes Approach Smith Table AND Order Smith to leave the Kitchen Now. Smith Tried to Explain to officer Fikes, why He was last getting His tray. Cause He had to stop At pill Call First. officer Fikes Didn't want to Hear It. officer Fikes Insisted that I leave the Dinner Hall. Smith told officer Fikes As soon As He get Through eating, He will Be glad to leave Her Kitchen

(6) officer Fikes got upset AND Call officer Sanders to Assist Her In the Kitchen. when officer Sanders Came to the Kitchen. Smith Tried to Explain To Him why He wasn't Finish eating yet. officer Sanders Didn't want To Hear It. He started cussing Smith out, AND order one of His officer to put Handcuff on Smith.

(7) once Smith WAS In Handcuff officer Sanders slap Smith Hard As He Could Twice In His left ear, while Smith posing No threat to Him or the other officers.

(8) officer Steven Harrison, officer Michael Evans, officer William Patrick WAS the other officers there to Assist officer Carl Sanders, AND these WAS Also the officers who witness officer Carl Sanders Used of force. Against Smith.

(9.) After officer Sanders got through slapping Smith Around. He then Throwed Smith Down on the Kitchen floor. All the while, while Smith WAS Still in Handcuff.

(10.) once Smith was pick up off the floor, officer Pikes order Her officers To Take Smith AND put Him in 5 Block Shower Area, 5 Block is where They keep All Mental Health Inmates. Instead of taken Smith to medical for A body Chart. upon Information AND Belief, Alabama state policy Dictated that After an Inmate has been In A Altercation, whether It An Inmate or officer; He must go to medical for A body Chart.

(11) Smith Never Receive A Body Chart until August 17, 2015

(12) on August 17, 2015 when Smith got out of 5 Block. Smith was sent to His [redacted] Dorm.

(13.) Smith made a verbal Complaint To Captain Tew AND warden Cedric Speck on August 18, 2015

(14) Warden Speck order His officers to take Smith AND get a Body Chart.

(15) once the Body Chart was Done, Nurse Greene wrote a Referral for Smith to see the Doctor Cause the Damage to Smith Left ear was to Bad for Him to mess with.

(16) on August 18, 2015 Smith Left ear Started leaking fliud AND Blood, once AgaiN Smith had go back to medical

(17.) on August 19, 2015 Smith seen Head Doctor, DR Roddam. DR, Roddam Examine Smith Left ear, AND found out that the Slap that Smith took to that ear, has Rupture His ear Drum DR. Roddam wrote a Referral for Smith to see A ear Specialist At Brookwood Hospital.

(18) on August 26, 2015 Smith Filed A formal Complaint to The Investigation & Intelligence Divison P.O. Box 301501 Montgomery, Al 36130-1501

(19) on August 27, 2015 Smith went to the Free world Hospital To see the ear specialist. Doctor Routman who seen Smith said that Smith got A very large Hole In the middle of His Left ear Drum. AND If It Don't Heal, he might have to do Surgery, meantime Doctor Routman wrote Smith AN order for Some pain Medicine.

(20.) In oct of 2015 Smith went Back to Brookwood Hospital for A follow-up AND AN ear Test. It WAS Determine By the ear Test; that Smith HAS Indeed loss Some Hearing In His Left ear. All This is In OR Routman Report; In which is In Smith medical Jacket. This Information they won't give to me without A lawyer. End of Statement!

Date 7/5/2017

Charles Smith #152740
Charles Smith #152740
William E Donaldson
Correctional facility
100 Warrior Lane
Bessemer, Alabama 35023

Attached: Legal Claim,

Each Defendant[s] Is sued In their Individually Capacity. At All Times Mentioned In His Complaint, Each Defendants Acted Under The Color of state law.

1. Defendant Carl Sanders used Excessive force Against plaintiff Smith By Slapping Him Multiple Time In His Left EAR, while In Handcuff when plaintiff Smith was Not violating Any prison Rules Nor Acting Disruptively. Defendant Carl Sanders Action violated plaintiff Smith Rights And Constitued Cruel And unusal punishment under The Eighth Amendment to the united States Constitution. Causing plaintiff Smith pain, Suffering, physical Injury And Emotional Stress.

2. Defendant Carl Sanders used And Continues to use Excessive force Against plaintiff Smith, By throwing Him Down on the Kitchen floor while His Hands was still Handcuff behind His Back. Defendant Carl Sanders Action violated plaintiff Smith Rights And Constitued Cruel And unusal punishment under the Eighth Amendment to the united States Constitution. Causing plaintiff smith pain, Suffering, physical Injury And Emotional Stress.

3. Defendant Carl Sanders Recklenless, serious Indifference to dis-Regard the Rights of plaintiff Smith, Shown gross negligence when Defendant Carl Sanders put plaintiff Smith In Handcuff, Slapping Him multiple times, throwing plaintiff Smith Down on the Kitchen floor. And Not Allowing plaintiff Smith to go too medical for A Body Chart. violated plaintiff Smith Rights And Constitued Cruel And Unusual punishment under the Eighth Amendment to the united States Constitution. Causing plaintiff Smith pain, Suffering, Physical Injury And Emotional Stress.

4. Defendant Cheryl Fikes shown Deliberate Indifference By witness-ing Defendant Carl Sanders Illegal Action, Failing to Correct that mis-Conduct. And Encouraging the Continuation of the misconduct. Defendant Cheryl Fikes Also violated plaintiff Smith Rights And Constitued Cruel And unusual punishment under the Eighth Amendment to the united State Constitution. Causing plaintiff

Smith pain, Suffering, physical Injury AND Emotional Stress.

5. Defendant william patrick Shown Deliberate Indifferences By witnessing Defendant Carl Sanders Illegal Action, Failing to Correct tha Misconduct AND Encouraging the Continuation of the misconduct. Defendant william patrick Also violated plaintiff Smith Rights AND Constitued Cruel AND unusual punishment under the Eighth Amendment to the united State Constitution. Causing plaintiff Smith pain, Suffering, physical Injury, AND Emotional Stress.

6. Defendant Steven Harrison Shown Deliberate Indifference By witnessing Defendant Carl Sanders Illegal Action, Failing to Correct that Misconduct And Encouraging the Continuation of the misConduct Defendant Steven Harrison Also violated plaintiff Smith Rights AND Constitued Cruel AND unusual punishment under the Eighth Amendment to the united State Constitution. Causing plaintiff Smith pain, Suffering, physical Injury, AND Emotional Stress.

7. Defendant Michael Evans Shown Deliberate Indifference By witnessing Defendant Carl Sanders Illegal Action, Failing to Correct that misConduct AND Encouraging the Continuation of the MisConduct Defendant Michael Evans Also violated plaintiff Smith Rights AND Constitued Cruel AND unusual punishment under the Eighth Amendment to the united State Constitution. Causing plaintiff Smith pain, Suffering, physical Injury, AND Emotional Stress.

8. Defendant[s] Cheryl Fikes, Michael Evans, Steven Harrison, william patrick, Shown Deliberate Indifference to plaintiff Smith medical need. By failure to provide Adequate medical Care, After they witness Defendant Carl Sanders used Excessive force Against Him. their Action Constitued gross negligence, these Defendant[s] mentioned Above, Knew After an Inmate[s] Have an altercation whether By Another Inmate or officer[s] It is manditory for that Inmate To Be Taken too medical for An Body Chart. By not Adhering to the Department of Correction policy. these Defendant[s] Cheryl Fikes, Michael Evans, Steven Harrison, AND william patrick Also violated plaintiff Smith Rights AND Constitued Cruel AND unusual punishment under the Eighth Amendment to the united State Constitution. Causing

plaintiff Smith pain, Suffering, physical Injury and Emotional stress.

Date 7/5/2017

Charles Smith #152740
Charles Smith #152740
William E Donaldson Corr facility
100 Warrior Lane
Bessemer Al 35023

STATE OF ALABAMA
JEFFERSON COUNTY

# AFFIDAVIT

Before me, the undersigned Notary Public, personally appeared DaMarqueis Johnson, who being known to me, and after first being duly sworn, deposes and says as follows:

My name is Damarqueis Johnson and I am 43 years of age and competent to testify

ON AUGUST 15,2015 AT ABOUT 6;30P.M. I WAS IN THE DINNER HALL SITTING AT THE TABLE WITH INMATE CHARLES SMITH AND ANOTHER INMATE EATING.ME AND CHARLES SMITH HAD JUST CAME FROM PILL CALL AND WAS NOT IN THE KITCHEN LONGER THAN 5MINS. WHEN SERGEANT CHERYL FIKES CAME TO OUR TABLE AND TOLD US TO HURRY UP AND EAT.ME AND SMITH INFORMED SGT.FIKES THAT WE HAD JUST SAT DOWN TO EAT.SGT.FIKES SAID THAT SHE DID NOT CARE.TO HURRY UP,CHARLES SMITH STATED TO ME,THESE UGLY BITCHES GET ON MY NERVES.SGT.FIKES TOLD US TO GET UP.WE TOLD SGT.FIKES,THAT WE HAD NOT EATEN YET.SGT.FIKES TOLD INMATE SMITH TO GET UP,HE STATED,HE WOULD WHEN HE GET THROUGH EATEN.NO ONE GOT UP FROM THE TABLE.SGT.FIKES CALLED SGT.SANDERS AND HIM THAT COULD HE ASSIST HER IN THE KITCHEN.WHEN SGT.SANDERS CAME IN THE KITCHEN SGT.FIKES TOLD HIM SHE HAD A PROBLEM WITH CHARLES SMITH SGT.SANDERS ORDER ONE OF HIS OFFICER TO HANDCUFF SMITH HANDS BEHIND HIS BACK.ONCE SMITH HANDS WAS HANDCUFF,SGT.SANDERS SAID SINCE YOU WANT TO ACT LIKE A BITCH,THEN I WILL TREAT YOU LIKE ONE.SGT. SANDERS JACK SMITH PANTS UP HIS BUTT.THEN SGT.SANDERS SLAPPED SMITH TWICE IN THE FACE AND THROWED SMITH TO THE FLOOR. END OF STATEMENT....

[signature]
Signature of Affiant

Acknowledgement

State of Alabama
Jefferson County

Signed before me in person, a Notary Public, on this 27 day of August 2015

[signature]
Notary Public

MY COMMISSION EXPIRES OCTOBER 23, 2016
Commission Expires

STATE OF ALABAMA
JEFFERSON COUNTY

# AFFIDAVIT

Before me, the undersigned Notary Public, personally appeared Gregory Hall, who being known to me, and after first being duly sworn, deposes and says as follows:

My name is GREGORY HALL and I am 28 years of age and competent to testify.

I WAS SITTING AT THE DINNERING TABLE WITH CHARLES SMITH.

I HEARD SERGEANT CHERYL FIKES TELL SMITH THAT HE NEED TO HURRY UP AND LEAVE MY DINNER HALL . SMITH TOLD HER THAT HE WAS THE LAST PERSON TO GET HIS TRAY AND HE NEED MORE TIME TO EAT.SERGEANT CHERYL FIKES THEN GOT UPSET AND CALL FOR SERGEANT CARL SANDERS TO ASSIST HER IN THE DINNER HALL. WHEN SGT.SANDERS CAME TO THE DINNER HALL.SMITH TRIED TO EXPLAIN TO SGT.SANDERS WHY HE WAS THE LAST PERSON TO GET HIS TRAY.SGT.SANDERS DID NOT WANT TO HEAR WHAT SMITH HAD TO SAY .SGT.SANDERS ORDER ONE OF OFFICER TO PUT SIMTH IN HANDCUFF AS SOON SMITH WAS IN THE HANDCUFF.SGT.SANDERS START ASSAULTING SMITH SEVERAL TIME IN HIS FACE,WHILE HIS HAND WAS IN HANDCUFF.AFTER SGT.SANDERS SLAP SMITH AROUND HE THEN THROWED SMITH DOWN TO THE FLOOR.AFTER ALL THIS HAS HAPPEN SMITH WAS THEN LEAD OUT THE KITCHEN.END OF STATEMENT.

Gregory Hall
Signature of Affiant

Acknowledgement

State of Alabama
Jefferson County

Signed before me in person, a Notary Public, on this 27 day of August, 2015.

Notary Public

MY COMMISSION EXPIRES OCTOBER 23, 2016
Commission Expires October 23, 2016 JVM

STATE OF ALABAMA
JEFFERSON COUNTY

# AFFIDAVIT

Before me, the undersigned Notary Public, personally appeared Darold Moore, who being known to me, and after first being duly sworn, deposes and says as follows:

My name is DAROLD MOORE and I am 30 years of age and competent to testify.

ON AUGUST 15,2015.I DAROLD MOORE 239785 WAS FINISH MY MEAL WHEN I WITNESS SERGEANT CARL SANDERS AND CHARLES SMITH TALKING AFTER ONE OF THE OFFICER IN THE KITCHEN PUT HANDCUFF ON SMITH SGT.SANDERS APPROACH SMITH AND ASSAULTED HIM BY SLAPPING HIM SEVERAL TIME ON THE LEFT SIDE OF HIS FACE.AFTER THE ASSAULT SGT.SANDERS THEN THROWED SMITH DOWN ON THE KITCHEN FLOOR,ALL THE WHILE ,WHILE INMATE CHARLES SMITH WAS STILL IN HANDCUFF.END OF STATEMENT.

Darold Moore
Signature of Affiant

Acknowledgement

State of Alabama
Jefferson County

Signed before me in person, a Notary Public, on this 27 day of August 2015

[signature]
Notary Public

MY COMMISSION EXPIRES OCTOBER 23, 2016
Commission Expires