UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CHARLES SMITH, | ) |
| Plaintiff, | ) ) ) |
| v. | ) )  Case No.: 2:17-cv-01142-JHE |
| COSI CARL SANDERS, | ) ) ) |
| Defendant. | ) |

## ORDER

This case is **SET** for mediation on **June 4, 2019, from 9:00 A.M. to 3:00 P.M.,** in the chambers of the undersigned magistrate judge at the Hugo L. Black United States Courthouse, Birmingham, Alabama. **Counsel for each party will be required to attend along with the party or, if the party is not an individual, an appropriate representative. In either event, an individual with settlement authority must attend.**

On or before **May 31, 2019**, the parties **SHALL** submit a confidential mediation statement, including (1) a brief summary of the facts and background of the dispute, as well as any materials that may assist the court in better understanding the case, (2) a statement of the claims and defenses at issue, (3) the relevant governing law, (4) an estimated value of the claim(s) and an estimate of the costs of pursuing or defending this action through trial, and (5) the status of

1

prior settlement negotiations, including the amounts of the parties' most recent settlement offers, if any. The material should be marked **"CONFIDENTIAL"** and should be submitted directly to chambers via email at Cornelius_chambers@alnd.uscourts.gov.

**DONE** this 24th day of May, 2019.

*/s/ Staci G. Cornelius*
STACI G. CORNELIUS
U.S. MAGISTRATE JUDGE