# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| CHARLES SMITH, ) | |
| ID: 152740 ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 2:17-cv-01142-JHE |
| ) | |
| COSI CARL SANDERS, ) | |
| ) | |
|     Defendant. ) | |

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

TO THE WARDEN AND/OR KEEPER OF THE STATON CORRECTIONAL FACILITY AT ELMORE, ALABAMA

AND

TO THE UNITED STATES MARSHAL FOR THE NORTHERN DISTRICT OF ALABAMA OR ANY OTHER UNITED STATES MARSHAL:

GREETINGS:

**WE command you, that you have the body of CHARLES SMITH, a prisoner in your institution and under your control, as it is said, under safe and secure conduct, to appear before the United States District Court for the Northern District of Alabama, Hugo L. Black U.S. Courthouse, 1729 Fifth Avenue North, Birmingham, Alabama 35203 from 9:00 a.m. on Tuesday, June 4, 2019, until the proceedings before the undersigned are concluded.**

**DONE** and **ORDERED** this 24th day of May, 2019.

/s/ Staci G. Cornelius
STACI G. CORNELIUS
U.S. MAGISTRATE JUDGE