## NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **CHARLES SMITH,** ) | |
|    **Plaintiff,** ) | |
| ) | |
| **v.** ) | **2:17-cv-1142-JHE** |
| ) | |
| **CARL SANDERS, et. al,** ) | |
|    **Defendants.** ) | |

### PLAINTIFF'S MOTION TO DISMISS WITH PREJUDICE

Charles Smith, through counsel, files this Motion to Dismiss all claims with prejudice, in consideration of the settlement reached this date at mediation. The memorandum of agreement has been signed by all necessary individuals.

Date: June 4, 2019

                                                Respectfully Submitted,

                                                s/Matt Swerdlin
                                                Matt Swerdlin, SWE014
                                                P.O. Box 131131
                                                Birmingham, AL 35213

                                                *Counsel for Mr. Smith*

### CERTIFICATE OF SERVICE

I certify that on <u>June 4, 2019</u>, notice of this filing was served via the Court's CM/EF system on the following:

Benjamin H. Albritton
Alabama Attorney General's Office
P.O. Box 300152
Montgomery, AL 36130

                                                s/Matt Swerdlin