# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| CHARLES SMITH, | ) |
| Plaintiff, | ) |
| v. | ) Case No.: 2:17-cv-01142-JHE |
| CARL SANDERS, et al., | ) |
| Defendants. | ) |

## ORDER DISMISSING CASE[1]

Plaintiff moves for dismissal of this action with prejudice, explaining the parties have reached a settlement through mediation. (Doc. 65). Finding the terms proper, this action is **DISMISSED WITH PREJUDICE** pursuant to Fed. R. Civ. P. 41(a)(2). Costs taxed as paid. DONE this 4th day of June, 2019.

**JOHN H. ENGLAND, III**
UNITED STATES MAGISTRATE JUDGE

---

[1] In accordance with the provisions of 28 U.S.C. § 636(c) and Federal Rule of Civil Procedure 73, the parties have voluntarily consented to have a United States Magistrate Judge conduct any and all proceedings, including trial and the entry of final judgment. (Doc. 53)